(95 South. 807)

No. 25632.

## GINGRAS v. GINGRAS.

(Feb. 26, 1923.)

Appeal from Thirteenth Judicial District Court, Parish of Rapides; Leven L. Hooc, Judge.

Action by Joseph Gingras against Bertha Booth Gingras. From a judgment allowing temporary alimony, plaintiff appeals. Affirmed.

Hakenyos, Hunter & Scott, of Alexandria, for appellant.

Blackman & Overton, of Alexandria, for appellee.

DAWKINS, J. This appeal presents nothing but the question of whether the trial judge was justified, in view of the circumstances of the parties, in allowing the defendant wife alimony at the rate of $50 per month pending the suit of the husband for divorce.

We have examined the evidence, and without deeming it necessary to review or recapitulate it here, are of the opinion that the judgment appealed from is amply supported by the record, and it is accordingly affirmed, with costs.